

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00472-CV

Filomeno **GARCIA**, Veronica Garcia, and All Current Occupants 1301 Westmoreland Road,
Red Oak, Texas 75154,
Appellants

v.

**JP MORGAN CHASE BANK N.A.**,
Appellee

From the County Court at Law, Ellis County, Texas
Trial Court No. 13-C-3097
Honorable Jim Chapman, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  December 11, 2013

DISMISSED FOR WANT OF PROSECUTION

Appellants' brief was due to be filed by August 28, 2013.  We granted Appellants' first

motion for extension of time to file the brief until October 28, 2013.  On November 13, 2013, after

no brief or motion for extension of time was filed, this court ordered Appellants to show cause in

writing not later than November 22, 2013, why this appeal should not be dismissed for want of

prosecution.  *See* TEX. R. APP. P. 38.8(a).  As of this date, no response has been filed.  Therefore,

this appeal is dismissed for want of prosecution. *See id.* R. 38.8(a)(1), 42.3(b). Costs of this appeal are taxed against Appellants. *See id.* R. 43.4.

PER CURIAM